Vincent Galvin (#104448)
Barbara J. Frischholz (#088395)
Patricia E. Ball (#229333)
BOWMAN AND BROOKE LLP
1741 Technology Drive, Suite 200
San Jose, CA  95110-1355
Telephone:  (408) 279-5393
Facsimile:  (408) 279-5845

Attorneys for Defendant
GENERAL MOTORS CORPORATION

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBBIE NELL, RHONDA NELL, VICTORIA BLEAKLEY, and RONALD WILLIAM NELL, individually and as successors in interest of Doris Nell, Deceased<br><br>        Plaintiffs,<br>vs.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION ("AMTRAK"), THE BURLINGTON NORTHERN AND SANTA FE RAILWAY COMPANY, GENERAL MOTORS CORPORATION, and Does 1 through 50, inclusive<br><br>        Defendants. | CASE NO. 1:05-CV-00064-OWW-SMS<br><br>ORDER RE STIPULATION TO DISMISS AND STRIKE PUNITIVE DAMAGES ALLEGATIONS FROM PLAINTIFFS' FIRST AMENDED COMPLAINT AS AGAINST GENERAL MOTORS CORPORATION ONLY |

    BASED ON THE STIPULATION BY THE PARTIES AND THEIR ATTORNEYS OF RECORD IT IS HEREBY ORDERED AS FOLLOWS:

    1.  That the punitive damages allegations against defendant General Motors Corporation only contained in:

        I.  Page 15 of the First Amended Complaint: Paragraph 80
        II. Page 16 of the First Amended Complaint: Paragraph 7

be stricken.

---
1
[PROPOSED] ORDER RE STIP TO DISMISS AND STRIKE PUNITIVE DAMAGES ALLEGATIONS FROM PLAINTIFFS' FIRST AMENDED COMPLAINT

PDF created with pdfFactory trial version www.pdffactory.com

2.   Plaintiffs' punitive damages claims against defendant General Motors Corporation only are dismissed without prejudice to file a motion for leave to amend the First Amended Complaint at a later date to state causes of action for punitive damages.

IT IS SO ORDERED.

DATED:
April 27, 2005                                         /S/ OLIVER W. WANGER
                                                      _____
                                                      HON. JUDGE OLIVER W. WANGER
                                                      UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER RE STIP TO DISMISS AND STRIKE PUNITIVE DAMAGES ALLEGATIONS FROM PLAINTIFFS' FIRST AMENDED COMPLAINT

PDF created with pdfFactory trial version www.pdffactory.com

[PROPOSED] ORDER RE STIP TO DISMISS AND STRIKE PUNITIVE DAMAGES ALLEGATIONS FROM PLAINTIFFS' FIRST AMENDED COMPLAINT

PDF created with pdfFactory trial version www.pdffactory.com