Vincent Galvin (#104448)
Barbara J. Frischholz (#088395)
Patricia E. Ball (#229333)
BOWMAN AND BROOKE LLP
1741 Technology Drive, Suite 200
San Jose, CA  95110-1355
Telephone:  (408) 279-5393
Facsimile:  (408) 279-5845

Attorneys for Defendant
GENERAL MOTORS CORPORATION

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBBIE NELL, RHONDA NELL, VICTORIA BLEAKLEY, and RONALD WILLIAM NELL, individually and as successors in interest of Doris Nell, Deceased<br><br>             Plaintiffs,<br>vs.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION ("AMTRAK"), THE BURLINGTON NORTHERN AND SANTA FE RAILWAY COMPANY, GENERAL MOTORS CORPORATION, and Does 1 through 50, inclusive<br><br>             Defendants. | CASE NO. 1:05-CV-00064-OWW-SMS<br><br>ORDER RE: PARTIES' STIPULATION TO CONTINUE THE DATE TO EXCHANGE INITIAL DISCLOSURES |

Upon review of the Stipulation to Continue Date on Which All Parties Are To Exchange and Serve Initial Disclosures jointly submitted by all parties,

IT IS HEREBY ORDERED:

1.   All parties will serve and exchange their respective initial disclosures by August 15, 2005.

2.   All parties agree to conduct a mediation of the above entitled action prior to August 15, 2005.

DATED:  May 9, 2005                    /s/ OLIVER W. WANGER__
                                       U.S. DISTRICT COURT JUDGE