Vincent Galvin (#104448)
Barbara J. Frischholz (#088395)
Patricia E. Ball (#229333)
BOWMAN AND BROOKE LLP
1741 Technology Drive, Suite 200
San Jose, CA  95110-1355
Telephone:  (408) 279-5393
Facsimile:  (408) 279-5845

Attorneys for Defendant
GENERAL MOTORS CORPORATION

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBBIE NELL, RHONDA NELL, VICTORIA BLEAKLEY, and RONALD WILLIAM NELL, individually and as successors in interest of Doris Nell, Deceased<br><br>　　　　　　　Plaintiffs,<br><br>vs.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION ("AMTRAK"), THE BURLINGTON NORTHERN AND SANTA FE RAILWAY COMPANY, GENERAL MOTORS CORPORATION, and Does 1 through 50, inclusive<br><br>　　　　　　　Defendants. | CASE NO. 1:05-CV-00064-OWW-SMS<br><br>ORDER RE: PARTIES' STIPULATION TO CONTINUE THE DATE TO EXCHANGE INITIAL DISCLOSURES |

　　Upon review of the Stipulation to Continue Date on Which All Parties Are to Exchange and Serve Initial Disclosures jointly submit by all parties,

IT IS HEREBY ORDERED:

　　1.　All parties will serve and exchange their respective initial disclosures by September 30, 2005.

/ / /

/ / /

---
1
[PROPOSED] ORDER RE: PARTIES' STIPULATION TO CONTINUE THE DATE TO EXCHANGE INITIAL DISCLOSURES
::ODMA\PCDOCS\SJO\155503\1

PDF created with pdfFactory trial version www.pdffactory.com

2.  All parties agree to conduct a mediation of the above entitled action prior to September 30, 2005.


DATED:  August 18, 2005

                                       /s/ OLIVER W. WANGER
                                    _____
                                    U.S. DISTRICT COURT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com