```
                    UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF CALIFORNIA


DEBBIE NELL, et al.,              )
                                  )
                                  )
              Appellant,          )      1:05-cv-00064 OWW SMS
                                  )
      v.                          )
                                  )
NATIONAL RAILROAD, etc.,          )      ORDER DISMISSING ACTION
                                  )      WITH PREJUDICE
                                  )
              Defendant           )
_____ )


     Pursuant to the stipulation of the parties this action is
dismissed with prejudice.

Dated: October 28, 2005           /s/ OLIVER W. WANGER
                                  _____
                                  OLIVER W. WANGER
                                  United States District Judge
```

1